Magistrate Judge Benton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>   v.<br><br>RAFAEL DIAZ LAUREANO,<br>        Defendant. | NO CR06-192 JCC<br><br>ORDER APPOINTING PSYCHIATRIST<br>TO DETERMINE DEFENDANT'S<br>COMPETENCE<br>TO STAND TRIAL OR PLEAD GUILTY |

The court has previously ordered (docket # 107) that defendant RAFAEL DIAZ LAUREANO'S undergo a psychiatric examination to determine his competence to plead guilty or stand trial under 18 U.S.C. § 4241.

The court hereby appoints psychiatrist Seth Cohen, M.D. to perform the competency evaluation at the Federal Detention Center SeaTac and complete his evaluation and report on or before October 23, 2006. Dr. Seth Cohen's address is: 130 Nickerson St., Suite 204, Seattle, WA 98109.

The Federal Detention Center SeaTac shall admit Dr. Seth Cohen for the purpose of performing the evaluation.

ORDER APPOINTING PSYCHIATRIST
\1

The court further orders that Dr. Seth Cohen's fees for the evaluation be paid by the court.

Dated this 4th day of October, 2006.

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

ORDER APPOINTING PSYCHIATRIST
\2